**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Marcos R. Haros-Moreno,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-05429-PHX-SPL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 3.) In the Response, Respondent states: "Respondent does not oppose Petitioner's request for release at this time." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondent must immediately release Petitioner from custody.

(3) Respondent must provide a notice of compliance within **two days** of this Order.

///

///

///

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 13th day of August, 2026.

Honorable Steven P. Logan
United States District Judge